**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**John D. BROOKINS, Defendant–
Appellant.**

No. 05–13655
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

April 25, 2006.

Richard A. Ingram, Jr., Fleming, Ingram & Floyd, Augusta, GA, for Defendant–Appellant.

Amy Lee Copeland, U.S. Attorney's Office, Savannah, GA, for Plaintiff–Appellee.

Before BLACK, BARKETT and HULL, Circuit Judges.

PER CURIAM:

Richard A. Ingram, Jr., appointed counsel for John D. Brookins in this appeal of a revocation of probation and sentence of 60 months' imprisonment, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and the revocation of Brookins's probation and his sentence are **AFFIRMED**.